O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT CONSTANTINE MORRISON, <br><br> Petitioner, <br><br> v. <br><br> JEFFREY A. BEARD, Secretary of Corrections, Warden, <br><br> Respondent. | Case No. CV 13-08426-R (KK) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

///

///

///

1  IT IS THEREFORE ORDERED that Judgment be entered: (1) denying the Petition
2  for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

4  Dated:  November 13, 2014

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE