JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT CONSTANTINE MORRISON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY A. BEARD, Secretary of Corrections, Warden,<br><br>　　　　Respondent. | Case No. CV 13-08426-R (KK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: <u>November 13, 2014</u>

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE